# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| CASE TITLE Jordan, Sr. vs Dept of Corr et al | DISTRICT Connecticut New Haven County | DOCKET NUMBER 3:23-cv-855 |
| | JUDGE Victor A Bolden | APPELLANT Victor L. Jordan Sr. |
| | COURT REPORTER | PRO SE APPELLANT Victor L. Jordan Sr. |

Check the applicable provision:

☐ I am ordering a transcript.

☑ I am not ordering a transcript.

Reason for not ordering a transcript:

☐ Copy is already available

☑ No transcribed proceedings

☐ Other (Specify in the space below):

PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)

METHOD OF PAYMENT ☐ Funds ☐ CJA Voucher (CJA 21)

INSTRUCTIONS TO COURT REPORTER:

☐ PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

☐ PREPARE TRANSCRIPT OF TRIAL

☐ PREPARE TRANSCRIPT OF OTHER POST- TRIAL PROCEEDINGS

☐ OTHER (Specify in the space below):

DELIVER TRANSCRIPT TO: (APPELLANT'S NAME, ADDRESS, TELEPHONE)

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE | DATE |
|---|---|
| [signature] | May 28 2026 |

COURT REPORTER ACKNOWLEDGMENT: This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| | | |

| SIGNATURE OF COURT REPORTER | DATE |
|---|---|
| | |

Revised June, 2017

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Victor L. Jordan Sr.

v.

Dept. of Corrections et al,

## CERTIFICATE OF SERVICE*

Docket Number: 26-1365

I, Victor Lamond Jordan Sr hereby certify under penalty of perjury that
(print name)

on ______________ I served a copy of In Forma Pauperis; Authorization; form D-P; Notice of Appearance; Motion 1080; Pro Se Scheduling; Local Rule 24.1) Declaration; Certificate of Service
(date) (list all documents) Motion information 1080

by (select all applicable)**

___ Personal Delivery ✓ United States Mail ___ Federal Express or other Overnight Courier

___ Commercial Carrier ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Attorney General | Public Safety Office 165 Capitol Ave | HTFD | Ct. | 06106 |
| Appellate Court for 2nd Cir. | 40 Foley Square | N.Y. | N.Y. | 10007 |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

May 28 2020
Today's Date

[signature]
Signature

Victor L. Jordan Sr. #165080
Cheshire C.I.
900 Highland Ave.
Cheshire CT 06410




United States Court of Appeals
for The 2nd Circuit
40 Foley Square
New York, N.Y. 10007

USMAILD
SDNY

This correspondence originated
from an inmate at a
Connecticut correctional facility

1000731502 C099